# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMANS BOWLES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76042

FILED

JUL 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on May 31, 2018. The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on February 7, 2017, the notice of appeal was untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of judgment of conviction). Further, it does not appear that the district court has entered any other appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18 - 25793

cc: Hon. Douglas Smith, District Judge
Demans Bowles
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk